Nicholas J. Bontrager, Esq. (SBN 252114)
Ryan Lee, Esq. (SBN 235879)
Michael S. Agruss (SBN 259567)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
Tel: (323) 988-2400; Fax: (866) 802-0021
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff, KEVIN KLENZ

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KEVIN KLENZ, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | **Case No.:** <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **(Unlawful Debt Collection Practices)** |

**PLAINTIFF'S COMPLAINT**

KEVIN KLENZ (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Shalimar, Okaloosa County, Florida.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt. (See call logs attached as Exhibit A)

12. When Plaintiff picks up the phone, Defendant hangs up. (See transcribed answering machine recording, attached as group Exhibit B)

13. When Plaintiff picks up the phone, Defendant plays continuous music and does not respond to Plaintiff. (See Exhibit B)

14. When Plaintiff picks up the phone, Defendant calls Plaintiff's name over and over again. (See Exhibit B)

15. Defendant failed to send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d(5)* of the FDCPA because Defendant caused the phone to ring and by engaging Plaintiff in telephone conversations repeatedly and continuously.

   b. Defendant violated *§1692d(6)* of the FDCPA because Defendant engaged in harassing conduct when Defendant repeatedly called and hung up without disclosing his/her identity.

   c. Defendant violated *§1692d(6)* of the FDCPA because Defendant engaged in harassing conduct when Defendant repeatedly called and when Plaintiff picked up the telephone and said, "hello, who is calling?", Defendant played music in the background, not responding to Plaintiff.

   d. Defendant violated *§1692d(6)* of the FDCPA because Defendant Defendant engaged in harassing conduct when Defendant repeatedly called and when Plaintiff picked up the telephone and said, "hello, who is calling?", Defendant repeatedly stated, "Kevin Klenz…Kevin Klenz…Kevin Klenz…".

   e. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof,

       is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor..

17. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (See Exhibit C).

WHEREFORE, Plaintiff, KEVIN KLENZ, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

/ / /

/ / /

/ /

/ / /

/ / /

/ / /

/ / /

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KEVIN KLENZ, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  February 3, 2009                    KROHN & MOSS, LTD.


By: s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA

Plaintiff, KEVIN KLENZ, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KEVIN KLENZ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/14/2009                           _____
                                                           KEVIN KLENZ

# **EXHIBIT A**

Sheet1

| Date | Time | Number | | |
|---|---|---|---|---|
| 12/31/08 | 01:46:00 PM | 7572092054 | 1 | INCOMING |
| 12/31/08 | 12:13:00 PM | 9999999999 | 1 | 538663 |
| 01/02/09 | 05:18:00 PM | 4432051045 | 1 | INCOMING |
| 01/02/09 | 06:40:00 PM | 4432051045 | 1 | INCOMING |
| 01/02/09 | 08:25:00 AM | 4432051045 | 1 | INCOMING |
| 01/02/09 | 10:39:00 AM | 4432051045 | 1 | INCOMING |
| 01/02/09 | 09:43:00 AM | 4432051045 | 1 | INCOMING |
| 01/03/09 | 07:52:00 PM | 4085385102 | 1 | INCOMING |
| 01/03/09 | 06:30:00 PM | 4085385102 | 1 | INCOMING |
| 01/03/09 | 05:06:00 PM | 4085385102 | 1 | INCOMING |
| 01/03/09 | 02:30:00 PM | 4085385102 | 1 | INCOMING |
| 01/03/09 | 12:07:00 PM | 4085385102 | 1 | INCOMING |
| 01/03/09 | 10:27:00 AM | 4085385102 | 1 | INCOMING |
| 01/03/09 | 08:25:00 AM | 4085385102 | 1 | INCOMING |
| 01/04/09 | 12:07:00 PM | 2532486406 | 1 | INCOMING |
| 01/04/09 | 06:46:00 PM | 2532486406 | 1 | INCOMING |
| 01/04/09 | 07:41:00 PM | 2532486406 | 1 | INCOMING |
| 01/04/09 | 09:58:00 AM | 2532486406 | 1 | INCOMING |
| 01/04/09 | 08:14:00 PM | 2532486406 | 1 | INCOMING |
| 01/04/09 | 10:57:00 AM | 2532486406 | 1 | INCOMING |
| 01/05/09 | 08:48:00 PM | 2532486406 | 1 | INCOMING |
| 01/05/09 | 12:48:00 PM | 9092028200 | 1 | INCOMING |
| 01/05/09 | 06:38:00 PM | 9092028200 | 1 | INCOMING |
| 01/05/09 | 06:00:00 PM | 9092028200 | 1 | INCOMING |
| 01/05/09 | 08:50:00 AM | 9092028200 | 1 | INCOMING |
| 01/05/09 | 12:14:00 PM | 9092028200 | 1 | INCOMING |

Sheet1

| Date | Time | Number | Minutes | Desc | |
|---|---|---|---|---|---|
| 12/14/08 | 12:10:00 PM | 7773668162 | 1 | INCOMING | |
| 12/18/08 | 09:46:00 AM | 9092028200 | 1 | INCOMING | |
| 12/18/08 | 06:19:00 PM | 4085385102 | 1 | INCOMING | |
| 12/18/08 | 08:51:00 PM | 9092028200 | 1 | INCOMING | |
| 12/18/08 | 11:31:00 AM | 9092028200 | 1 | INCOMING | |
| 12/18/08 | 01:26:00 PM | 2106523274 | 8 | SANANTONIO | when redialing, instant hang-up |
| 12/19/08 | 10:03:00 AM | 4432051045 | 1 | INCOMING | |
| 12/19/08 | 05:40:00 PM | 4432051045 | 1 | INCOMING | |
| 12/19/08 | 08:24:00 PM | 4432051045 | 1 | INCOMING | |
| 12/22/08 | 08:16:00 PM | 4085385102 | 1 | INCOMING | |
| 12/23/08 | 06:59:00 PM | 2532486406 | 1 | INCOMING | |
| 12/23/08 | 05:06:00 PM | 2532486406 | 1 | INCOMING | |
| 12/24/08 | 02:42:00 PM | 9092028200 | 1 | INCOMING | |
| 12/24/08 | 11:35:00 AM | 9092028200 | 1 | INCOMING | |
| 12/26/08 | 08:30:00 PM | 9092028200 | 1 | INCOMING | |
| 12/26/08 | 06:41:00 PM | 9092028200 | 1 | INCOMING | |
| 12/27/08 | 06:00:00 PM | 8773372418 | 1 | INCOMING | |
| 12/27/08 | 08:33:00 PM | 9092028200 | 1 | INCOMING | |
| 12/27/08 | 12:31:00 PM | 8773372418 | 1 | INCOMING | |
| 12/27/08 | 10:07:00 AM | 8773372418 | 1 | INCOMING | |
| 12/27/08 | 08:43:00 AM | 8773372418 | 1 | INCOMING | |
| 12/28/08 | 08:08:00 PM | 7773668162 | 1 | INCOMING | |
| 12/28/08 | 05:20:00 PM | 4085385102 | 1 | INCOMING | |
| 12/28/08 | 10:58:00 AM | 4085385102 | 1 | INCOMING | |
| 12/28/08 | 09:39:00 AM | 4085385102 | 1 | INCOMING | |
| 12/28/08 | 09:18:00 AM | 4085385102 | 1 | INCOMING | |
| 12/28/08 | 02:16:00 PM | 4085385102 | 1 | INCOMING | |
| 12/28/08 | 12:20:00 PM | 4085385102 | 1 | INCOMING | |
| 12/29/08 | 05:43:00 PM | 2532486406 | 1 | INCOMING | |
| 12/29/08 | 03:27:00 PM | 8885834425 | 1 | INCOMING | |
| 12/29/08 | 08:41:00 PM | 2532486406 | 1 | INCOMING | |
| 12/29/08 | 08:28:00 PM | 2532486406 | 1 | INCOMING | |
| 12/29/08 | 06:32:00 PM | 2532486406 | 1 | INCOMING | |
| 12/29/08 | 11:26:00 AM | 8885834425 | 1 | INCOMING | |
| 12/29/08 | 09:05:00 AM | 2532486406 | 1 | INCOMING | |
| 12/29/08 | 08:11:00 AM | 2532486406 | 1 | INCOMING | |
| 12/29/08 | 12:16:00 PM | 8772524466 | 2 | INCOMING | |
| 12/29/08 | 12:16:00 PM | 8772524466 | 1 | INCOMING | |
| 12/30/08 | 08:43:00 PM | 9092028200 | 1 | INCOMING | |
| 12/30/08 | 08:04:00 PM | 9092028200 | 1 | INCOMING | |
| 12/30/08 | 06:55:00 PM | 4432051045 | 1 | INCOMING | |
| 12/30/08 | 09:22:00 AM | 6909208200 | 1 | INCOMING | |
| 12/30/08 | 08:18:00 AM | 9092028200 | 1 | INCOMING | |
| 12/30/08 | 03:23:00 PM | 8885834425 | 1 | INCOMING | |
| 12/30/08 | 10:57:00 AM | 9092028200 | 1 | INCOMING | |
| 12/31/08 | 11:30:00 AM | 7572092054 | 1 | INCOMING | |
| 12/31/08 | 08:33:00 AM | 7572092054 | 1 | INCOMING | |
| 12/31/08 | 02:34:00 PM | 7572092054 | 1 | INCOMING | |

## **EXHIBIT B**

Plaintiff is in possession of voicemail messages received from Defendant. Upon request, Plaintiff will produce to Defendant.

**EXHIBIT C**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES **NO**
2. Fear of answering the telephone — YES **NO**
3. Nervousness — **YES** NO
4. Fear of answering the door — YES **NO**
5. Embarrassment when speaking with family or friends — YES **NO**
6. Depressions (sad, anxious, or "empty" moods) — YES **NO**
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — YES **NO**
9. Feelings of guilt, worthlessness, helplessness — YES **NO**
10. Appetite and/or weight loss or overeating and weight gain — YES **NO**
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — YES **NO**
14. Negative impact on my job — YES **NO**
15. Negative impact on my relationships — YES **NO**

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 1/14/2009

Signed Name: *[signature]*

Printed Name: KEVIN S. KLENZ