Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KLENZ, | Case No.  09-CV-00321-GEB-EFB |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

/ / /

/ / /

/ / /

The Parties respectfully request this Court vacate all dates currently on calendar.

Dated: 03/06/09             KROHN & MOSS, LTD.

                            /s/Ryan Lee
                            Ryan Lee
                            Attorney for Plaintiff
                            Kevin Klenz


Dated: 03/06/09             SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                            /s/ Albert R. Limberg
                            Albert R. Limberg
                            Attorney for Defendant
                            NCO Financial Systems, Inc.