IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN KLENZ, | ) | 2:09-cv-00321-GEB-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT |
| | ) | AND DISPOSITION |
| NCO FINANCIAL SYSTEMS INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 6, 2009, the Parties filed a Notice of Settlement in which they state "this case has been settled" and they "anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days." Therefore, a dispositional document shall be filed no later than April 6, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: March 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1